# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CORHN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SECURITAS SECURITY SERVICES USA, INC., et al.,<br><br>　　　　Defendants. | Case No. CV 20-6865-GW-JCx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

　　　IT IS SO ORDERED.

Dated: March 11, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE